UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANCILLA WILLIAMS,

       Plaintiff,

                               Case No. 10-11629

v.

                               Honorable Patrick J. Duggan

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## **JUDGMENT**

      Plaintiff initiated this action to challenge the Commissioner of Social Security's ("Commissioner") final decision denying Social Security Disability Insurance Benefits for the period prior to June 26, 2008. In an Opinion and Order entered on this date, the Court held that substantial evidence supported the Commissioner's decision.

      Accordingly,

      **IT IS ORDERED, ADJUDGED, AND DECREED**, that judgment is granted in favor of the Commissioner and against Plaintiff;

      **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Dated: June 10, 2011                          s/PATRICK J. DUGGAN
                                                      UNITED STATES DISTRICT JUDGE

Copies to:

Barry F. Keller, Esq.
Judith E. Levy, A.U.S.A.